## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*COUNTER*
## COMPLAINT FORM

*NOTICE OF REMOVAL*

*DERRICK TROY SHIPP*

FEB 20 2026 PM 5:04
FILED - USDC - CT - BPT

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

v.

*STATE OF CONNECTICUT*

*ATTY. ROBERT A MARESCA (A) 035948*
*ANTIGNANI AND MARESCA (F) 000722*
*PAULETTE SMITH*
*JUDICIAL PROFESSIONAL EMPLOYEES UNION*
*STATE EMPLOYEES BARGAINING AGENT COALITION*
*FRONTIER COMMUNICATIONS*
*COMMUNICATION WORKERS OF AMERICA*

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. *DERRICK "TROY" SHIPP* is a citizen of *U.S.A. CONNECTICUT* who
   (Plaintiff)                                      (State)
presently resides at *203 A EDGEMOOR RD BRIDGEPORT CT 06606*.
                        (mailing address)

2. Defendant *STATE OF CONNECTICUT* is a citizen of *CONNECTICUT*
   (name of first defendant)                              (State)
whose address is *OFFICE OF A.G. WM. TONG 165 CAPITOL AVE, HARTFORD, CT 06106*

A. PARTES CONT'D

4. ANTIGNANI AND MARESCA IS A BUSINESS OF CONNECTICUT WHOSE ADDRESS IS 275 CONGRESS STREET, BRIDGEPORT, CT 06604

5. PAULETTE SMITH IS A RESIDENT OF QUESTIONABLE CITIZENSHIP IN CONNECTICUT WHOSE IS SAID TO BE REPRESENTED BY PARTIES NUMBERS 3 & 4.

6. JUDICIAL PROFESSIONAL EMPLOYEES UNION OF CONNECTICUT
   50 COLUMBUS BOULEVARD, HARTFORD, CT 06106

7. STATE EMPLOYEES BARGAINING AGENT. COALITION OF CONNECTICUT OPERATES WITH/UNDER STATE UNIVERSITY ORGANIZATION OF ADMINISTRATIVE FACULTY - LOCAL 2836
   1615 STANLEY STREET, NEW BRITAIN, CT 06050

8. FRONTIER COMMUNICATIONS OF N/F CONNECTICUT IS/WAS REPRESENTED BY LITTLER MENDELSON, PC OF ONE CENTURY TOWER 265 CHURCH STREET, NEW HAVEN, CT 06510

9. COMMUNICATION WORKERS OF AMERICA OF CONNECTICUT IS/WAS REPRESENTED BY LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY 551 PROSPECT AVENUE, HARTFORD, CT 06105

10. CITY OF STAMFORD, CONNECTICUT REPRESENTED BY CORPORATION COUNSEL DANIEL McCABE
    1200 SUMMER STREET, STAMFORD, CT 06905

11. TOWN OF WESTPORT, CONNECTICUT N/F REPRESENTED BY TOWN ATTY. IRA W. BLOOM
    1221 POST ROAD EAST, SUITE 301 WESTPORT, CT 06880

## A. PARTIES CONT'D

12. CITY OF BRIDGEPORT, CONNECTICUT N/F REPRESENTED BY MARK ANASTASI (ATTY. RET.), ATTORNEY TYISHA S. TOMS (A) 428640 999 BROAD STREET, BRIDGEPORT, CT 06604

13. ATTORNEY TYISHA S. TOMS (A) 428640 OF CONNECTICUT FORMER OFFICE AT 1204 EAST MAIN STREET, NOW PARTY 12. ADDRESS.. ABOVE.

14. TOWN OF MONROE, CONNECTICUT 7 FANHILL ROAD, MONROE, CT 06468

15. WEBSTER BANK OF CONNECTICUT 3546 MAIN STREET, BRIDGEPORT, CT 06606

16. STAMFORD AUTO BODY, LLC OF CONNECTICUT 368 WEST MAIN STREET, STAMFORD, CT 06902

17. ST VINCENT'S HOSPITAL DBA HARTFORD HEALTHCARE OF CONNECTICUT. 2800 MAIN STREET, BRIDGEPORT, CT 06606

18. PREMIER ORAL SURGERY OF CONNECTICUT 411 BARNUM AVENUE CUTOFF, SUITE 5 STRATFORD, CT 06614

19. ATTY. LAUREL JEANNE FEDOR (408046) OF CONNECTICUT TAYLOR AND FEDOR AT 1071 POST ROAD, EAST, SUITE 206, WESTPORT, CT 06880

20. HOLLY BAGSHAW OF PWC, CONNECTICUT 263 TRESSAR BOULEVARD SUITE 800 STAMFORD, CT 06901

21. DAVID SHAW FORMERLY OF STAMFORD Y.M.C.A. (JURIS #303532)? 10 CITY SQUARE, BOSTON, MASS.02129 c/o DEMERLE HOEGER, LLP

A. PARTIES CONT'D

22. M&T BANK FORMERLY PEOPLES UNITED BANK OF CONN. NORTH FRONTAGE ROAD, (FORMERLY 850 MAIN ST.) BRIDGEPORT, CT 06604

23. ROBERT B. MITCHELL, (ATT 307466) OF CONNECTICUT 999 ORONOQUE LANE, SUITE 203 STRATFORD, CT 06614

24. FIRST COUNTY BANK OF CONNECTICUT 3001 SUMMER STREET STAMFORD, CT 06905

25. DANNEL MALLOY, ATTY. (403937) OF MAINE FORMER CT GOVERNER 15 ESTABROOK DRIVE, ORONO, MAINE 04469 c/o CHANCELLOR

26. SENATOR RICHARD BLUMENTHAL, SERGEANT, RET., ATTORNEY (301425) OF CT. 90 STATE HOUSE SQUARE 10TH FLOOR, HARTFORD, CT 06103

27. JOHN FREEMAN (ATTY. 401213) FORMERLY OF B.L.T. MGR., LLC CONNECTICUT N/F 1 ELMCROFT ROAD, SUITE 500 STAMFORD, CT 06902

28. J.P. MORGAN CHAS BANK, N.A. OF CONNECTICUT 45 PROSPECT STREET, STAMFORD, CT 06901

29. JOHN DOE "KENNEDY" N/F HONDA OF WESTPORT, CONNECTICUT 186 LINWOOD AVENUE, FAIRFIELD, CT 06824

30. MARY E. KELLY (ATTY. 100758) OF L.A.P.M.&K, PC CONNECTICUT 557 PROSPECT AVENUE, HARTFORD, CT 06105

31. LORI B. ALEXANDER, ATTY. (402692) OF CONNECTICUT
32. ELIZABETH R. McKENNA, ATTY. (426158) OF CONNECTICUT
33. JASON STANEVICH, ATTY. (430876) OF CONNECTICUT ONE CENTURY TOWER, 265 CHURCH STREET, SUITE 300 NEW HAVEN, CT 06510

## A. PARTIES CONT'D

34. BEN STASKIEWICZ (ATTY. 417736) OF CONNECTICUT
   280 TRUMBULL STREET 23RD FLOOR, HARTFORD, CT   06103

35. ESTATE OF CHARLES VALENTINO, FORMER STATE MARSHAL OF CONNECTICUT
   OFFICE AT 2326 EAST MAIN STREET, BRIDGEPORT, CT. 06610

36. JOHN GULASH (ATTY. 101391) OF CONNECTICUT REPRESENTED 35.
   265 GOLDEN HILL STREET, P.O. BOX 999 BRIDGEPORT, CT 06601

37. ROBERT A. MARTINIK, JR. (ATTY. 100094) OF CONNECTICUT
   P O BOX 2462 DARIEN, CT  06820

3. Defendant _Atty. Robert A. Maresca_ is a citizen of _Connecticut_
   (name of second defendant)                              (State)

whose address is _275 Congress Street, Bridgeport CT 06604_

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

- PLAINTIFFS INTELLECTUAL PROP.

_28 US Code Sections 1446(e)(9) - Neutral Federal Forum_

_18 US Code Section 1001 False Statements of Incompetance for Financial Gain 30+ Years_

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

1. THE PLAINTIFF DISCOVERED A CALENDAR CALCULATION GOING INTO "Y2K" PRESIDENT WM. CLINTON LABELLED AS MASSIVE BLACK HOLE.

2. THE PLAINTIFF IS FALSELY ARRESTED AND ASSAULTED BY STAMFORD P.D.

3. IN BETWEEN 2 COMPETENCY EVALUATIONS, PUBLIC DEFENDER LISA STEVENS SEES TO IT THE PLAINTIFF IS REMANDED TO PSYCHIATRIC HOSPITALS ON FALSE EVALUATION FROM JUDGE STEVENS COURT ON GOLDEN HILL, BPT.

4. THE PLAINTIFF STARTS EMPLOYMENT WITH S.N.E.T. Nov. 4, 1999 A.D.

5. BARRY MUSTAKA & SUPERVISOR DAN BROWN MAKE FOR A HOSTILE WORK ENVIROMENT THAT CONTINUES WITH FALSE REPREMANDS TO OCTOBER 28, 2011 SUSPENSION AND NOVEMBER 14 SEPARATION.

6. STATE LAW SUIT COMMENCES WITHOUT ATTORNEY FEDOR AND MIS-DATED RETURN.

7. PLAINTIFF SOUGHT PETITION FOR WRIT OF CERTIORARI FEB, 2017 A.D.

8. ATTORNEY ROBERT MARESCA FALSELY FILES FOR MARRIAGE DISSOLUTION.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I:  AS DESCRIBED IN THE CONSTITUTION UNDER ARTICLE IV SECTION 1: THE FULL FAITH AND CLAUSE OF CONNECTICUT'S JUDGE ADELMAN APRIL 1, 2015 RULING AS AN "INTIMATE COHABITANT" WAS OMITTED ON JAN. 22, 2026A.D.

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

1. THOUGH THE TRANSCRIPT ORDER AND RULING MENTIONED FBT-FA-15-40492-97-S AS "THAT PAPER" BY JUDGE DEMBO AND THAT HE WOULD NOT RECIEVE SUCH.

2. AS JUDGE ADELMAN EXPRESSED EARLIER PAULETTE SMITH AND ATTORNEY ROBERT MERESCA WERE IN THE WRONG COURT AND THEIR ACTION'S ARE IN ACCORD TO SWATTING 18 US CODE SECTION 2292(a)(b) WHILE USING THE JUDICIAL AID ALONG WITH THE CLERKS OFFICE TO GO THROUGH WITH SUCH CONDUCT

Claim II:  AS IN CLAIM I THE SAME CLERKS OFFICE HAVE DENIED MULTIPLE MOTION'S DISREGARDING JUDGE DALE RADCLIFFE'S RULING THAT DEFENDANTS "ARTICULATION IS UNNECESSARY AND FRIVOLUS" (LINE 122.50)

Supporting Facts:

1. SEE SHORT CALENDAR LIST WITH THIS COURTS FILE STAMP ON THE BACK WHEN THE STATE COURT REJECTED IT. IT INCLUDE BOTH CASES FOR C.U.T.P.A.

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

THE RETURN OF ALL PROPERTY AS MAY BE NOTED ON C.U.S.I.P. REPORT FROM THE DEPARTMENT OF TREASURY CASE NUMBER 2026-FO-00036 ALONG WITH PUNITIVE DAMAGES, TREBLE, AS THE COURT SEE FIT.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No

AM I ABLE TO LEAVE THIS AT THE COURT DISCRETION? THANK YOU

_____
Original signature of attorney (if any)

_____
Printed Name




(   )
Attorney's full address and telephone



Email address if available

_____
**Plaintiff's Original Signature**

D. TROY SHIPP
Printed Name

D. TROY SHIPP
203 A EDGEMOORE ROAD
BRIDGEPORT, CT 06606

(203) 395-5640 (TEMP.)
Plaintiff's full address and telephone



Email address if available


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _BRIDGEPORT_    on _FEBURARY 20, 2026 A.D._
       (location)              (date)

_____
**Plaintiff's Original Signature**


(Rev.3/29/16)

5

**APPLICATION FOR ISSUANCE OF SUBPOENA**
JD-CL-136   Rev. 8-24
P.B. § 7-19; C.G.S. § 52-161b

OFFICE OF THE CLERK

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
www.jud.ct.gov

**Notice to Applicant:**
*If you submit this application and it is denied in whole or in part, you may submit a Request for Hearing on Denied Application for Issuance of Subpoena (form JD-CL-137).*

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

| | COURT USE ONLY |
|---|---|
| | AISBPPP |

| ☒ Judicial District | ☐ Housing Session | ☐ Geographical Area | At (City/Town) 1061 MAIN STREET, BRIDGEPORT 06604 |
|---|---|---|---|

Name(s) of applicant(s)
SHIPP, D. TROY SHIPP DEFENDANT Pro Se

Additional applicant(s)
U.S. TREASURY DEPT

Docket Number
FA-25-61516-44-S

Name of Case
SMITH V. SHIPP, Pro Se

**Type of Court Case**

| ☐ Civil | ☐ Housing | ☒ Family | ☐ Family Support Magistrate | ☐ Criminal/Motor Vehicle |
|---|---|---|---|---|

## Application

I am a self-represented party in the case named above and I want to require the person or entity listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena.

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

**To: Self-Represented Party** *(answer questions below)*

Have you been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b, or 53a-73a), or stalking (C.G.S. §§ 53a-181c, 53a-181d, or 53a-181e)?
☐ Yes   ☒ No

If yes, are you asking to subpoena the victim of your crime?   ☐ Yes   ☐ No

**Name and address of person or entity I am asking to subpoena:** ANTIGNANI AND MARESCA (F) 000722

Name of person or entity
ROBERT A. MARESCA (035948)

Address (Number, street, and town)
275 CONGRESS STREET BRIDGEPORT, CT 06604

I believe testimony from this person or entity is necessary because: (Fill in this box)
OCT 2, 2025 ANTIGNANI AND MARESCA FILED DISSOLUTION OF MARRIAGE THROUGH PUBLICATION IN ACCORDANCE WITH PA 18-14 WITHOUT REGARDS TO JUDGE ADELMAN'S APRIL 1, 2015 RULING OF FRAUD AND "INTIMATE COHABITANT" FBT-FA15-40492-97-S. THE PLAINTIFF'S FURTHER HAS FAILED TO FILE FINANCIAL AFFIDAVIT IN ACCORDANCE WITH AUTOMATIC COURT ORDERS AND AS OF THIS DATE HAS BEEN GRANTED A CONTINUANCE BY HON S. DEMBO

I believe that the person or entity will testify that (state what you believe will be said in court):
THEY ARE IN CONTEMPT AND SEEK FEDERAL RULINGS TO JUSTIFY THEIR ACTIONS FOR FRAUDULENT CITIZENSHIPS.

I want this person or entity ordered to bring the following item(s) to court:
ANY AND ALL E&O INSURANCE AND UNDERWRITING, THE CONTRACT BETWEEN ATTORNEY AND PAULETTE SMITH AND METHOD OF PAYMENT AS WELL AS THE PLAINTIFFS FINANCIAL AFFIDAVIT WHICH AT THIS POINT STANDS UNTIMELY.

*(Continued on next page)*

# ORDER OF PROTECTION

JD-CL-099   Rev. 10-14
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-38c(d)(e),
46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217, 53a-217c, 53a-223,
54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265
P.A. 14-217 §§ 186-190

## ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## STATE OF CONNECTICUT SUPERIOR COURT

www.jud.ct.gov

| Order type | Case type | Superior court location |
|---|---|---|
| Restraining Order - After Hearing | Family | Fairfield J.D. |

| Related court information (if applicable) | Case number |
|---|---|
| Notice and opportunity to be heard provided to respondent on 03/19/2015 | FBT-FA15-4049297-S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Smithshipp | Paulette | | 2/ 4 /1979 | F | Black |

| | City | State | Zip |
|---|---|---|---|
| Home address | | | |
| Mailing address  ☐ Same as above  33 Lolhoud Place | Bridgeport | CT | 06604 |
| Work address | | | |

## Respondent (Defendant)          Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Shipp | Derrick | | 9/ 19/1966 | M | Black |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| Po Box 5037 | | | | | 2036446999 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| Bridgeport | CT | 06610 | |

**Cautions/Weapons (If information is available):**
☐ Allegedly possesses one or more firearms
☐ Allegedly holds a permit to carry a pistol or revolver.
☐ Allegedly possesses ammunition.
☐ Other:

**Relationship to protected person (Present or former)**
☐ Spouse or party to a civil union
☐ Protected person's parent
☒ Intimate cohabitant
☐ Parent of common child
☐ Other:

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☒ Other: THIS ORDER OF PROTECTION IS EXTENDED TO THE MINOR CHILD, ROHAN G. FULLWOOD (DOB 10/6/98)

Additional terms and conditions are on the following pages:

General Restraining Order Notifications (Family), JD-CL-104.

| This order remains in effect until: | ☐ Further order of the court. | Expiration date (if applicable)  4 / 1 /2016 |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| Name of Judge | Signed (Judge/Assistant Clerk) | Date signed |
|---|---|---|
| By the Court ADELMAN | | 4 / 1 /2015 |

**TRAN**S**CRIPT ORDER –
NON-A**PPEAL
JD-ES-2**0**2 Rev. 11-25
C.G.S. § 51-60, 51-63, 52-259b

| For Official Use Only | | |
|---|---|---|
| To | Date received | Initials |

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov

*All att*o*rneys, unless exempt from efiling, are required to use the online transcript ordering system to order a transcript.
This s*y*stem is located within E-Services at https://sso.eservices.jud.ct.gov/TranscriptReq/.*

*If you a*re *not an attorney, but are enrolled in E-Services, you may also use the online transcript ordering system.
Individ*u*als not using the online transcript ordering system must:*
1. *Fill o*u*t this entire form except for the "For Official Use Only" section. If the form is not filled out completely, it will be returned to you.*
2. *Mail, f*ax*, or hand-deliver this form to the Court Reporter's Office in the Judicial District where the hearing was held.*

**Note:** *If *you need a transcript for an appeal, you must use form JD-ES-38 or the online transcript ordering system.*

Today's date *31 G10*
*Nov. 21, 2025 A.D.*

Name of case
*SMITH-SHIPP, PAULETTE v SHIPP, DERRICK TROY*

Docket number *(If known)*
*FBT-FA-15-4049291-S*

Name of Judge/Magistrate
*JUDGE ADELMAN*

Name of Court Monitor *(If known)*

Specific date(s) being ordered *(Month/day/year)*
*APRIL 1, 2015 A.D. (21 G.D.)*

Specific portion(s) of proceedings requested *(For example, a witness, the entire day, orders only, etc.)*
*RESPONDANT: "SPECULATION, INNUENDO,..." "OPPOSITE SIDES OF THE KITCHEN...."
JUDGE TO APPLICANT: "I WANT TO HEAR OF KNIFE..." "I BELIEVE YOU (TO RESPONDANT"
APPLICANT: "I WANT HIM TO PAY...." AS JUDGE ADELMAN SAYS, "YOU'RE IN THE WRONG COURT..."*

Name of ordering party
*D. TROY SHIPP*

Address of ordering party
*FBT-FA-25-6151644-S DEC. 2 HEARING DATE (FILE)*

E-mail address
*DTROYSHIPP@gmail.com*

Telephone number *(TEMP.)*
*(203)395-5640*

**Type of Transcript:** ☒ **Electronic**   ☒ **Paper**

**Reduced Rate Official or Judicial Officer/Employee**

☐ **State or Municipal Official**

The rate for State and Municipal Officials applies to any official of the state, or any of its agencies, boards or commissions or of any municipality of the state, acting in their official capacity.

**Delivery Method Requested**

☐ **Regular:** Generally will be available within 30 days.

☐ **Judicial Officer or Judicial Branch Employee**

☒ **Standard Expedited:** Delivered by **5:00 p.m.** on the **5th** business day after the order was placed, provided the request is made to the Court Reporter's Office by **11:00 a.m.**

☐ **Next Day Expedited:** Delivered by **5:00 p.m.** on the **next** business day after the order was placed, provided the request is made to the Court Reporter's Office by **11:00 a.m.** on the prior business day.

☐ **Next Morning Expedited:** Delivered by **9:00 a.m.** on the **next** business day after the order was placed, provided the request is made to the Court Reporter's Office by **11:00 a.m.** on the prior business day.

☐ **No Fee** - Select this option **only** if the court has granted your application for a waiver of fees and attach a copy of the court's order.
*An expedited transcript will not be produced unless you specifically asked for it in your application and the court granted it.*

| | Regular Delivery | Expedited Delivery* | | |
|---|---|---|---|---|
| | | Standard | Next Day | Next Morning |
| **Private Party** (must also pay applicable sales tax) | **$3.60 per page** (Except for transcript pages already produced, other than for the Judicial Branch, in which case the rate is $2.10 per page) | **$4.75 per page** (Except for transcript pages already produced, in which case the rate is $3.50 per page) | **$6.35 per page** (Except for transcript pages already produced, in which case the rate is $4.60 per page) | **$10.00 per page** (Except for transcript pages already produced, in which case the rate is $5.75 per page) |
| **State or Municipal Official** (other than Judicial Officer or Judicial Branch Employee) | **$2.40 per page** (Except for transcript pages already produced, in which case the rate is $0.90 per page) | **$3.50 per page** (Except for transcript pages already produced, in which case the rate is $1.25 per page) | **$4.45 per page** (Except for transcript pages already produced, in which case the rate is $1.55 per page) | **$6.75 per page** (Except for transcript pages already produced, in which case the rate is $2.00 per page) |
| **Judicial Officer or Judicial Branch Employee** | **No Charge** | *Expedited delivery may not be possible in some cases. | | |

☒ Select here if you would like us to contact you with an estimate of the cost, or an estimated delivery date, or both.
*Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.*

**By signing this form, I accept financial responsibility for the transcript I am ordering.**

Signature of ordering party
*D. Troy Shipp    DEFENDANT*

Date signed *(31 G10)*
*Nov 21, 2025 A.D.*



**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 1

| Print | Reset |
|---|---|

**ORDER OF PROTECTION**

JD-CL-099  Rev. 10-14
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-38c(d)(e),
46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217, 53a-217c, 53a-223,
54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265
P.A. 14-217 §§ 186-190

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT
SUPERIOR COURT**

*www.jud.ct.gov*

| Order type | Case type | Superior court location |
|---|---|---|
| Restraining Order - After Hearing | Family | Fairfield J.D. |

| Related court information *(if applicable)* | Case number |
|---|---|
| Notice and opportunity to be heard provided to respondent on 03/19/2015 | FBT-FA15-4049297-S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Smithshipp | Paulette | | 2/ 4 /1979 | F | Black |

| Home address | | City | State | Zip |
|---|---|---|---|---|
| | | | | |

| Mailing address  ☐ Same as above | City | State | Zip |
|---|---|---|---|
| 33 Lolhoud Place | Bridgeport | CT | 06604 |

| Work address | City | State | Zip |
|---|---|---|---|
| | | | |

## Respondent *(Defendant)* — Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Shipp | Derrick | | 9/ 19/1966 | M | Black |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| Po Box 5037 | | | | | 2036446999 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| Bridgeport | CT | 06610 | |

**Cautions/Weapons** *(If information is available):*
- ☐ Allegedly possesses one or more firearms
- ☐ Allegedly holds a permit to carry a pistol or revolver.
- ☐ Allegedly possesses ammunition.
- ☐ Other: _____

**Relationship to protected person** *(Present or former)*
- ☐ Spouse or party to a civil union
- ☐ Protected person's parent
- ☒ Intimate cohabitant
- ☐ Parent of common child
- ☐ Other: _____

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

- ☒ Surrender or transfer all firearms and ammunition.
- ☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
- ☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
- ☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
- ☒ Other: THIS ORDER OF PROTECTION IS EXTENDED TO THE MINOR CHILD, ROHAN G. FULLWOOD (DOB 10/6/98)

Additional terms and conditions are on the following pages:

General Restraining Order Notifications (Family), JD-CL-104.

| This order remains in effect until: | ☐ Further order of the court. | Expiration date *(if applicable)* 4 / 1 /2016 |
|---|---|---|

- ☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).
- ☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| Name of Judge | Signed *(Judge/Assistant Clerk)* | Date signed |
|---|---|---|
| By the Court ADELMAN | | 4 / 1 /2015 |

**SUMMONS - CIVIL**
JD-CV-1 Rev 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350. 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See other side for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand; not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 MAIN STREET, BRIDGEPORT, CT 06604 | (203) 579-6527 | JANUARY 14, 2014 |

| [X] Judicial District | FAIRFIELD | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
| [ ] Housing Session | [ ] Number | BRIDGEPORT | Major: TORTS  Minor: 750 |

For the Plaintiff(s) please enter the appearance of: **D. TROY SHIPP**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
**P.O. BOX 5037, BRIDGEPORT, CT 06610**

Juris number (to be entered by attorney only)

Telephone number (with area code)
**(203) 644-6999**

Signature of Plaintiff (if self-represented)

| Number of Plaintiffs: **1** | Number of Defendants: **7+** | [X] Form JD-CV-2 attached for additional parties |

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; and Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: **D. TROY SHIPP**  Address: **PO BOX 5037, BRIDGEPORT, CT 06610** | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: **CHRISTIAN KING**  Address: **1175 WOODEND RD, STRATFORD, CT 06615** | D-50 |
| Additional Defendant | Name: **STEPHEN GOMBOS**  Address: **1175 WOODEND RD, STRATFORD, CT 06615** | D-51 |
| Additional Defendant | Name: **JAY PALLOZZO**  Address: **1175 WOODEND RD, STRATFORD, CT 06615** | D-52 |
| Additional Defendant | Name: **DAN COFFIN**  Address: **1175 WOODEND RD, STRATFORD, CT 06615** | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [ ] Commissioner of the Superior Court  [X] Assistant Clerk | Name of Person Signing at Left  **DEAN PULOS** | Date **10/25/13** |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| For Court Use Only |
| File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date signed **10/28/13** |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
| **DTROY SHIPP  (PO BOX 5037) BPT, CT 06610  Rec. 2060661** |

| Signed (Official taking recognizance) "X" proper box) | [ ] Commissioner of the Superior Court  [ ] Assistant Clerk | Date | Docket Number **CV14 5030090** |

(Page 1 of 2)

DOCKET NO:  FBT-CV-14-5030090S                 :        STATE OF CONNECTICUT
                                                        :        APPELLATE COURT

D. TROY SHIPP,                                          :

                  Plaintiff-Appellee,                   :        AC 36855

       v.                                               :

CHRISTIAN KING, STEPHEN GOMBOS,                         :
JAY PALLAZZO, DAN COFFIN, DAN                           :
CHANTLOS, STEVE MCNAMARA and                            :        JUNE 19, 2014
BARRY MUSTAKA                                           :

                  Defendants /Defendant-                :
                  Appellants.                           :

## MOTION FOR ARTICULATION

Pursuant to Practice Book § 66-5, the Defendant-Appellants hereby move for the Trial

Court, *Radcliffe, J.,* to articulate the basis for the Court's Court Order dated April 28, 2014

("Order"), insofar as the Court stated in the Order that the Accidental Failure of Suit Statute

"will apply" if Plaintiff-Appellee brings a new action following dismissal of his complaint.  An

articulation is necessary because this statement is the sole basis for the present appeal filed by

Christian King, Dan Chantlos, Steve McNamara and Barry Mustaka ("Defendant-Appellants").

I.     **Brief History of Case**

       By way of a handwritten Complaint dated October 28, 2013, Plaintiff-Appellee D. Troy

Shipp asserted a single cause of action against seven individuals for their alleged treatment of

him while he was employed at an unnamed company.[1]  When Plaintiff-Appellee failed to return

---

[1] The Plaintiff-Appellee did not sue his employer.  Three of the individual Defendant-Appellants—Dan Chantlos, Barry Mustaka and Steve McNamara—were identified as plaintiffs on the Civil Summons form; however, these individuals were served with process on January 6, 2014 and Plaintiff subsequently confirmed that he intended to name them as defendants and had erroneously listed them as plaintiffs.

**FILED**

JUN 1 9 2014

APPELLATE CLERK'S OFFICE
231 CAPITOL AVENUE
HARTFORD, CT 06106